1

2

3

4

5

6

7

8               UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    JESSEFER CORIA,                            Case No.  1:23-cv-00066-HBK (HC)

12                    Petitioner,                ORDER DISMISSING CASE WITHOUT
                                                 PREJUDICE FOR FAILURE TO
13         v.                                    PROSECUTE [1]

14    B.M. TRATE,

15                    Respondent.

16

17

18

19          Petitioner Jessefer Coria ("Petitioner") initiated this action by filing a pro se petition for

20    writ of habeas corpus under 28 U.S.C. § 2241 on January 17, 2023, while incarcerated at United

21    States Penitentiary ("USP") Atwater, located in Merced County, California, which is within the

22    venue and jurisdiction of this Court.  (Doc. No. 1, "Petition").  For the reasons set forth below,

23    the Court dismisses this action pursuant to this Court's Local Rule for failure to prosecute.

24    Specifically, Petitioner failed to keep the Court appraised of a current address

25                                   **BACKGROUND**

26          On May 3, 2023, the undersigned granted Respondent an extension of time to respond to

27    _____

28    [1] Both parties have consented to the jurisdiction of a magistrate judge, in accordance with 28 U.S.C. §
      636(c)(1).  (Doc. No. 12).

the Petition.  (Doc. No. 14).  Respondent filed a Motion to Dismiss in response to the Petition on

May 9, 2023.  (Doc. No. 15).  On May 22, 2023, the May 3, 2023 Order was returned to the Clerk

as undeliverable as Petitioner was no longer at the facility.  *See* docket.  Petitioner has not filed an

updated address as required by Local Rule 182(f) and the time to do so has expired.

**APPLICABLE LAW AND ANALYSIS**

Petitioner was obligated to keep this Court informed of his proper address.  Specifically:

> [a] party appearing *in propria persona s*hall keep the Court and
> opposing parties advised as to his or her current address.  If mail
> directed to a plaintiff *in propria persona* by the Clerk is returned by
> the U.S. Postal Service, and if such plaintiff fails to notify the Court
> and opposing parties within sixty-three (63) days thereafter of a
> current address, the Court may dismiss the action without prejudice
> for failure to prosecute.

Local Rule 183(b); *see also* Local Rule 182(f) (all parties are "under a continuing duty" to notify

the clerk of "any change of address[.]").  Petitioner was notified of his obligation to keep the

Court informed of his address and advised that the Court would dismiss an action without

prejudice if Petitioner does not update his address within sixty-three (63) days.  (Doc. No. 2-2 at

4).  Petitioner's change of address was due no later than July 24, 2023.  As of the date of this

Order, Petitioner has not filed a response to the Motion to Dismiss nor filed a change of address

and the time within which to do so has expired.

Precedent supports a dismissal of a case when a litigant does not keep the court appraised

on his address.  *Carey v. King*, 856 F.2d 1439 (9th Cir. 1988) (affirming lower court and finding

no abuse of discretion when district court dismissed case without prejudice after pro se plaintiff

did not comply with local rule requiring pro se plaintiffs keep court apprised of addresses at all

times); *Henderson v. Duncan*, 779 F.2d 1421, 1424 (9th Cir. 1986) (dismissal proper for failure to

prosecute and comply with local rules of court); *Hanley v. Opinski*, 2018 WL 3388510 (E.D. Cal.

July 10, 2018) (dismissing action for failure to prosecute and to provide court with current

address); *Davis v. Kern Valley State Prison*, No. 1:22-CV-1489-JLT-EPG (PC), 2023 WL

2992980, at *1, fn 1 (E.D. Cal. Apr. 18, 2023).   More than sixty-three (63) days has passed since

the Court's May 2, 2023 Order was returned as undeliverable on May 22, 2023, and Petitioner has

not filed a notice of change of address.

Accordingly, it is **ORDERED**:

1.  This case is DISMISSED without prejudice pursuant to Local Rule 183(b) for Petitioner's failure to prosecute this action.

2.  The Clerk of Court is directed to terminate any pending motions/deadlines and close this case.

Dated:   August 10, 2023

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

3